DAVIS (DJ)UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                                    Case No. 26-mj-30438
                                                                     Originating No. 26MJ1043

**JONATHAN SCOTT DAVIS,**

      Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JONATHAN SCOTT DAVIS** to answer charges pending in another federal district, and states:

1.   On **July 17, 2026**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Northern District of Mississippi based on a Criminal Complaint**.  **The defendant is charged in that district with violating 18 U.S.C. Section 2250(a) – Failure to Register or Update a Registration as a Sex Offender.**

2.   Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is

entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/ Andrew Picek*
ANDREW PICEK
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: July 20, 2026